IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACK H. GRAHAM, III, )
d/b/a Kathye's Jewelry )
and Pawn Shop, )
                                                          )
           Petitioner, )
                                                          )
     v. )              1:22-cv-708
                                                          )
STEVE ALBRO, Director of )
Industry Operations Bureau )
of Alcohol, Tobacco, )
Firearms and Explosives, )
                                                          )
           Respondent. )

**<u>ORDER</u>**

This matter is before the court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on August 7, 2023, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 24.) The Recommendation was served on the parties on August 7, 2023. (Doc. 25.) In the Recommendation, the Magistrate Judge recommends that Respondent's Motion for Summary Judgment be granted. (<u>Id</u>.) Petitioner filed an Objection to the Recommendation, (Doc. 26), and Respondent filed a Response, (Doc. 27).

This court is required to "make a <u>de novo</u> determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendation to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . . or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the Recommendation, as well as Petitioner's Objections and Respondent's Response, and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 24), is **ADOPTED. IT IS FURTHER ORDERED** that Respondent's Motion for Summary Judgment, (Doc. 13), is **GRANTED**, and this action is **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of September, 2023.

/s/ William L. Osteen, Jr.
United States District Judge